# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 09-00428 R (RZ) | Date | April 15, 2010 |
|---|---|---|---|
| Title | RIGOBERTO ESTRADA v. F. GONZALEZ, WARDEN | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|
| Ilene Bernal | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Petitioner: | Attorney Present for Respondent: |
| N/A | N/A |

**Proceedings:**  In Chambers –
**Disposition of Lodged Attorney General Documents**

☒  The documents lodged with this court on May 20, 2009 are being forwarded to the Records Section.

☐  Counsel is directed to contact the CRD at 213 894-8256 within 10 days from the date of this minute order to make arrangements for pickup. Return of the documents is requested in the notice of lodging.  If the documents are not picked up within 10 days, they will be forwarded to the Records Section.

_____ : _____
Initials of Preparer          igb